IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

LINE OF STYLE, INC.,                        )
                                            )
                Plaintiff,                  )        TC-MD 130527N
                                            )
        v.                                  )
                                            )
DEPARTMENT OF REVENUE,                      )
State of Oregon,                            )
                                            )
                Defendant.                  )        **FINAL DECISION OF DISMISSAL**

The court entered its Decision of Dismissal in the above-entitled matter on

February 20, 2014. The court did not receive a request for an award of costs and disbursements

(TCR-MD 19) within 14 days after its Decision of Dismissal was entered. The court's Final

Decision of Dismissal incorporates its Decision of Dismissal without change.

This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

A case management conference was scheduled at 9:00 a.m. on February 3, 2014, to

consider Plaintiff's appeal. On January 16, 2014, the court sent notice of the scheduled case

management conference to Plaintiff at the email address Plaintiff provided to the court. The

notice was not returned as undeliverable. The notice advised that if Plaintiff did not appear, the

court might dismiss the appeal.

On February 3, 2014, the court sent Plaintiff a letter which explained the importance of

diligently pursuing an appeal. That letter was not returned as undeliverable. The letter advised

that if Plaintiff did not provide a written explanation by February 17, 2014, for its failure to

appear, the court would dismiss the appeal. As of this date, Plaintiff has not submitted a written

response to the court explaining its failure to appear at the February 3, 2014, case management

conference.  Under such circumstances, the court finds the appeal must be dismissed for lack of

prosecution.  Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's Complaint is dismissed.

Dated this ____ day of March 2014.


_____
ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*


*This document was signed by Magistrate Allison R. Boomer on March 10, 2014. The court filed and entered this document on March 10, 2014.*